JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE BUCKLE, INC., a Nebraska Corporation; UNGER FABRIK, LLC, a Delaware limited liability company individually and doing business as "Rad Clothing"; and DOES 1-10,<br><br>  Defendants. | Case No. 2:21-cv-5427-RGK-MRW<br>(Honorable R. Gary Klausner)<br><br>**ORDER and JUDGMENT GRANTING APPLICATION AND MOTION FOR DEFAULT JUDGMENT [54]**<br><br>Date:  June 6, 2022<br>Time:  9:00 a.m.<br>Courtroom 850, 8th Floor |

HINSHAW & CULBERTSON LLP
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
612-333-3434

1
[PROPOSED] ORDER CASE NO. 2:21-CV-5427-RGK-MRW

CAME ON FOR CONSIDERATION, The Buckle Inc.'s ("Buckle") Motion for Default Judgment against Defendant and Cross Defendant Unger Fabrik, LLC d/b/a Rad Clothing ("Unger".)

## ORDER

IT IS HEREBY ORDERED:

Pursuant to its Cross Claim against Unger, Buckle is adjudged to be the prevailing party on its breach of contract claim against Unger, and Buckle's Motion for Default Judgment against Unger in the amount of $18,514.00 is granted in its entirety.

SO ORDERED.

Dated: 5/27/2022

*/s/ Gary Klausner*

Hon. R. Gary Klausner
United States District Judge

HINSHAW & CULBERTSON LLP
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
612-333-3434

2
[PROPOSED] ORDER CASE NO. 2:21-CV-5427-RGK-MRW