JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE BUCKLE, INC., a Nebraska Corporation; UNGER FABRIK, LLC, a Delaware limited liability company individually and doing business as "Rad Clothing"; and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-05427-RGK-MRW<br>*Hon. R. Gary Klausner Presiding*<br><br>**ORDER AND JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT** [55] |

- 1 -

## ***ORDER AND JUDGMENT:***

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A Judgment in the amount of __$ 35,905.48__ is hereby entered against Unger Fabrik, LLC and in favor of Meridian Textiles, Inc., along with interest in the amount prescribed by statute.

<u>SO ORDERED.</u>

Date __May 27__, 2022        By: _____
Hon. R. Gary Klausner Presiding
United States District Judge